# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**MOUNT VERNON FIRE INSURANCE COMPANY**　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　**CIVIL ACTION NO. 3:08cv401-WHB-LRA**

**JENNIFER N. CROSS; GRAFTON STREET
PROPERTIES, LLC; KILLARNEY
DEVELOPMENT CORPORATION D/B/A
FENIAN'S PUB; AND SECURITY SOUTH, INC.**　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS matter having come on for hearing before the Court and it appearing to the Court that the parties have reached a settlement of same, which the Court finds to be a complete accord and satisfaction by and between the parties;

IT IS, THEREFORE ORDERED AND ADJUDGED that any and all claims of the Plaintiff, Mount Vernon fire Insurance Company and/or United States Liability Insurance Co., in the above styled and numbered cause be and the same are hereby dismissed with prejudice. Each party shall bear its own costs.

SO ORDERED AND ADJUDGED this the 1st day of April, 2009.

　　　　　　　　　　　　　　　　　　　s/William H. Barbour, Jr.　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

AGREED:


  s/ Charles E. Ross
Charles E. Ross (MSB #5683), Counsel for
United States Liability Insurance Company
and Mount Vernon Fire Insurance Company


  s/ Joe N. Tatum
Joe N. Tatum (MSB #10308)
Counsel for Jennifer N. Cross


  s/ Kathy Smith
Kathy K. Smith (MSB #10350)
Counsel for Grafton Street Properties, LLC, and
Killarney Development Corporation d/b/a Fenian's


  s/ Robert O. Waller
Robert O. Waller (MSB #6912)
Counsel for Security South, Inc.